UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEON TRADING SA,

                              Petitioner,            10 CIV

-v-

                                                    **DECLARATION OF**

M.Y. SHIPPING PRIVATE LTD and                **GEORGE M. CHALOS**

VARDHMAN SHIPPING APS,

                                Respondents.

-----------------------------------------------------------x

State of New York    )

County of Nassau    )

    I, GEORGE M. CHALOS, an attorney at law, declare under penalty of perjury of the laws of the United States of America as follows:

    1.    I am an attorney admitted to practice before this Honorable Court and am counsel for Petitioner LEON TRADING SA. I am the principal of Chalos & Co, P.C., and am a member in good standing of the bar of this Honorable Court.

    2.    I submit this Declaration based on facts and information known to me personally, as well as documents and information provided to me by my clients and their representatives, all of which I believe to be true and accurate.

    3.    Attached to this Declaration as Exhibits in support of LEON TRADING SA's Petition to Recognize, Confirm, and Enforce Foreign Arbitral Award are the following Exhibits:

    **Exhibit 1**: New York Department of State Registration for M.Y. Shipping Private Limited

    **Exhibit 2**: New York Department of State Registration for Vardhman Shipping APS

    **Exhibit 3**: Charter Party Agreement for M/T M.Y. ADRIATIC dated September 22, 2008

    **Exhibit 4**: Side Letter – dated October 16, 2008

**Exhibit 5:** First Final Arbitration Award – Issued September 22, 2009

WHEREFORE, and for the reasons more fully set forth in the Petition to Recognize, Confirm and Enforce Foreign Arbitration Award and the accompanying Memorandum of Law, Petitioner LEON TRADING SA, respectfully requests this Honorable Court enter an Order granting the Petition and grant LEON TRADING SA such other and further relief as may be just and equitable.

Dated: Oyster Bay, New York

January 7, 2010

                                        CHALOS & CO, P.C.
                                        *Attorneys for Petitioner*
                                        LEON TRADING SA

By: _____
                                        George M. Chalos (GC-8693)
                                        123 South Street
                                        Oyster Bay, New York 11771
                                        Tel: (516) 714-4300
                                        Fax: (516) 750-9051
                                        Email: gmc@chaloslaw.com